Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams Young & Hunsicker LLC
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (307) 638-1975
bhunsicker@MarkusWilliams.com

ATTORNEYS FOR CREDITOR
MORIAH POWDER RIVER, LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| In re: | ) | |
|---|---|---|
| | ) | Case No. 19-_____ |
| MORIAH POWDER RIVER, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor in Possession. | ) | |

## LOCAL RULE 1002-1(A) LIST OF ASSETS

| ITEM | LOCATION |
|---|---|
| Checking (ending 6057) | Bank of America |
| Miscellaneous Equipment | Campbell County, Wyoming |
| Miscellaneous Equipment | Johnson County, Wyoming |
| Office Equipment | Johnson County, Wyoming |
| Oil and Gas Properties | Johnson County, Wyoming |
| Oil and Gas Properties | Campbell County, Wyoming |

**DATED** this 31st day of October, 2019.

**MARKUS WILLIAMS YOUNG** &

{Z0292076/1}   1

**HUNSICKER LLC**

By:   */s/ Bradley T. Hunsicker*
Bradley T. Hunsicker
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
Telephone: (307)-778-8178
Facsimile: (307) 638-1975

Counsel for Moriah Powder River, LLC