Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **US Realm Powder River, LLC f/k/a Moriah Powder River, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF WYOMING** |
| Case number (if known): | **19-20699** |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Johnson County Wyoming**<br>76 North Main Street, Room 102<br>Buffalo, WY 82834 | | Taxes | | | | $11,145,614.25 |
| **Kodiak Gas Services, LLC**<br>15320 Hwy W, Ste 210<br>Montgomery, TX 77356 | | Guaranty | Contingent<br>Unliquidated<br>Disputed | | | $10,000,000.00 |
| **CAMPBELL COUNTY TREASURER**<br>P.O. Box 1027<br>Gillette, WY 82717-1027 | | Taxes | | | | $3,416,037.43 |
| **Anadarko E&P Onshore LLC**<br>PO Box 730002<br>Dallas, TX 75373-0002 | | Joint Operating Agreement | Contingent | | | $3,108,491.63 |
| **EOG Y Resources Inc.**<br>P.O. Box 840321<br>Dallas, TX 75284 | | Joint Operating Agreement | Contingent | | | $2,387,466.16 |
| **Office of Natural Resources Revenue**<br>P.O. Box 25627<br>Denver, CO 80225-0627 | | Taxes | | | | $1,373,673.06 |
| **WPX Energy Rocky Mountain, LLC**<br>3500 One Williams Center<br>Tulsa, OK 74172 | | Transport | Contingent | | | $1,191,849.35 |

| Debtor | US Realm Powder River, LLC f/k/a Moriah Powder River, LLC | | Case number *(if known)* | **19-20699** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Redbud E&P Inc.**<br>**16000 Stuebner Airline, Suite 320**<br>**Spring, TX 77379** | | **Joint Operating Agreement** | **Disputed** | | | $425,806.13 |
| **Grizzly Energy LLC**<br>**5847 San Felipe, Suite 3000**<br>**Houston, TX 77057** | | **Joint Operating Agreement** | | | | $391,335.48 |
| **John O. Christensen**<br>**932 Black and Yellow Road**<br>**Gillette, WY 82718** | | **Surface Use Agreement** | | | | $279,895.54 |
| **Powder River Ranch Inc.**<br>**343 Crazy Woman Canyon Road**<br>**Buffalo, WY 82834** | | **Surface Use Agreement** | | | | $220,184.99 |
| **WGR Operating LP**<br>**P.O. Box 730951**<br>**Dallas, TX 75373-0951** | | **Transport** | | | | $157,767.16 |
| **Bootjack Land Company LLC**<br>**724 Rock Creek Road**<br>**Buffalo, WY 82834** | | **Surface Use Agreement** | | | | $103,684.37 |
| **Charles K. Lawrence**<br>**877 US Highway 16 East**<br>**Buffalo, WY 82834** | | **Surface Use Agreement** | | | | $100,012.31 |
| **Wyoming Department of Revenue**<br>**122 West 25th Street, 3rd Floor East**<br>**Cheyenne, WY 82002-0110** | | **Taxes** | | | | $82,311.16 |
| **Maurice W. Brown Oil & Gas LLC**<br>**516 South Greeley Highway**<br>**Cheyenne, WY 82007** | | **Revenue Payable** | | | | $71,283.52 |
| **Monarch West LLC**<br>**5613 DTC Parkway, Suite 310**<br>**Englewood, CO 80111** | | **Transport** | | | | $69,314.13 |

| Debtor | **US Realm Powder River, LLC f/k/a Moriah Powder River, LLC** | Case number *(if known)* | **19-20699** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **T-Chair Livestock Company**<br>**1024 Brown Road**<br>**Gillette, WY 82718** | | **Surface Use Agreement** | | | | $45,947.40 |
| **Tear Drop Cattle Company LLC**<br>**10030 Bridger Canyon Road**<br>**Bozeman, MT 59715** | | **Surface Use Agreement** | | | | $39,390.86 |
| **Moore Land Company LLC**<br>**101 Fairway Drive**<br>**Douglas, WY 82633** | | **Surface Use Agreement** | | | | $37,203.25 |