DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC          MONTHLY OPERATING REPORT
CASE NUMBER: 19-20699                                                       CHAPTER 11

## Form 2-A
## COVER SHEET
For period End Date November 30, 2019

**Accounting Method:** [X] Accrual Basis   [ ] Cash Basis

---

**THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document

Debtor muct attach each of the following documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court Submit a duplicate with original signature, to the US Trustee.

| Repot/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts |
| [X] | [ ] | 8. Bank Statement Reconciliation for all Bank Accounts |
| [ ] | [ ] | 9. Evidence of Insurance for all policies renewed or replaced during month |

I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.

Executed on 12/18/2019

Print Name: Kevin Norris
Signature:
Title:       CFO

DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC  CASE NO: 19-20699

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 11/1/2019 to 11/30/2019

**CASH FLOW SUMMARY**

| | | Current Month | Accumulated |
|---|---|---|---|
| 1. | Beginning Cash Balance | $ 5,316.06 | $ 5,316.06 |
| 2. | Cash Receipts | | |
| | Operations | $ 7,249,758.32 | $ 7,249,758.32 |
| | Sale of Assets | | |
| | Loans/Advances | | |
| | Other | $ 1,204.43 | $ 1,204.43 |
| | Total Cas Receipts | $ 7,250,962.75 | $ 7,250,962.75 |
| 3. | Cash Disbursements | | |
| | Operations | $ 5,072,820.16 | $ 5,072,820.16 |
| | Debt Service/Secured loan payment | | |
| | Professional fees/U.S. Trustee fees | | |
| | Professional fees paid from Retainer | | |
| | Other | $ 5,029.02 | $ 5,029.02 |
| | Total Cas Disbursenments | $ 5,077,849.18 | $ 5,077,849.18 |
| 4. | Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | $ 2,173,113.57 | $ 2,173,113.57 |
| 5. | Ending Cash Balance (to Form 2-C) | $ 2,178,429.63 | $ 2,178,429.63 |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | |
| DIP Operating Account | Bank Of America | $ - |
| DIP State Account | | |
| DIP Payroll Account | | |
| Other Operating Account | Bank Of America | $ 2,178,429.63 |
| Retainers held by professionals | | |
| Total | | $ 2,178,429.63 |

DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC    CASE NO: 19-20699

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/1/2019 to 11/30/2019

**CASH RECEIPTS DETAIL**    Account No: _____

| Date | Payor | Description | Amount |
|---|---|---|---:|
| 11/7/2019 | Crowley & Fleck | Refund - legal fees | $ 472.00 |
| 11/7/2019 | Denbury Resources | JIB payment - Sb CCE | $ 378.65 |
| 11/7/2019 | Denbury Resources | JIB payment - Sb CCE | $ 353.78 |
| 11/25/2019 | Mieco Inc | October Sales | $ 7,192,327.54 |
| 11/29/2019 | Thunder Creek Gas | October Sales | $ 57,430.78 |
| Total | | | $ 7,250,962.75 |

DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC  CASE NO: 19-20699

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 11/1/2019 to 11/30/2019

**CASH DISBURSEMENTS DETAIL**  Account No:

| Date | Payee | Description | Amount |
|---|---|---|---|
| 11/7/2019 | Holland & Harrt | Outstanding Check - pre petition, | $ 3,844.06 |
| 11/15/2019 | BoFA | Service fees | $ 1,184.96 |
| 11/25/2019 | Carbon Creek Energy | Lease Operations | $ 4,642,820.16 |
| 11/27/2019 | Powder River Midstream | Gathering Operations | $ 430,000.00 |
| Total | | | $ 5,077,849.18 |

Form 2-C

## Comparative Balance Sheet

For Period Ended November 30, 2019

| | Current Month | Petition Date |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets | | |
|   Cash (from Form 2-B, line 5) | $ 2,178,429.63 | $ 1,472.00 |
|   Accounts Receivable (From Form 2-E) | $ 9,974,677.97 | $ 7,786,574.81 |
|   Receivables from Officers, Employees, Affiliates | $ - | $ - |
|     Total Current Assets | $ 12,153,107.60 | $ 7,788,046.81 |
| Fixed Assets | | |
|   Leasehold | $ 246,145,081.79 | $ 245,771,273.45 |
|     Less Accumulated Depletion & Depreciation | $ (108,504,424.57) | $ (108,504,424.57) |
|   Net Fixed Assets | $ 137,640,657.22 | $ 137,266,848.88 |
| Other Assets | | |
|   Escow Account - Prosperity Bank | $ 21,209.50 | $ 21,209.50 |
|   Utility Deposit - Powder River Energy Corp | $ 3,140,102.79 | $ 3,140,102.79 |
|     Total Other Assets | $ 3,161,312.29 | $ 3,161,312.29 |
|   **TOTAL ASSETS** | $ 152,955,077.11 | $ 148,216,207.98 |
| **LIABILITIES** | | |
|   Post petition Accounts Payable (from Form 2-E) | $ 6,658,545.03 | |
|   Post petition Accrued Professional Fees (from Form 2-E) | $ - | |
|   Post petition Taxes payable (from Form 2-E) | $ 700,595.79 | |
|   Other Post petition Payables | | |
|     Total Post Petition Liabilities | $ 7,359,140.81 | $ - |
| Pre Petition Liabilities | | |
|   Secured Debt | $ 80,275,308.38 | $ 80,275,308.38 |
|   Priority Debt | $ 14,660,811.64 | $ 14,660,811.64 |
|   Unsecured Debt | $ 22,366,280.68 | $ 22,366,280.68 |
|   Unearned Income (VPP) | $ 10,018,960.05 | $ 10,018,960.05 |
|   Payable to Affiliate | $ 52,749,766.80 | $ 52,749,766.80 |
|   ARO | $ 38,013,620.50 | $ 38,013,620.50 |
|     Total Pre Petition Liabilities | $ 218,084,748.05 | $ 218,084,748.05 |
|   **TOTAL LIABILITIES** | $ 225,443,888.86 | $ 218,084,748.05 |
| Members Equity | | |
|   Members Equity | $ 39,029,228.71 | $ 39,029,228.71 |
|   Retained Earnings (loss) - Pre petition | $ (109,433,120.41) | $ (108,897,768.78) |
|   Retained Earnings Post petition | $ (2,084,920.05) | $ - |
|   **TOTAL MEMBERS EQUITY** | $ (72,488,811.75) | $ (69,868,540.07) |
|   **TOTAL LIABILITIES AND MEMBERS EQUITY** | $ 152,955,077.11 | $ 148,216,207.98 |

**Form 2-D**

## PROFIT AND LOSS STATEMENT

For Period: 11/1/2019 to 11/30/2019

|  | Current Month | Accumluated Total |
|---|---:|---:|
| Natural Gas Sales | $ 8,008,937.99 | $ 8,008,937.99 |
| Less |  |  |
|   Transportation |  |  |
|     FUGG - Gathering | $ 342,528.65 | $ 342,528.65 |
|     FUGG - Treating | $ 486,459.64 | $ 486,459.64 |
|     WGR | $ 73,439.71 | $ 73,439.71 |
|     WPX | $ 292,561.02 | $ 292,561.02 |
|     TCG - Gathering | $ 201,130.74 | $ 201,130.74 |
|     TCG - Treating | $ 129,326.68 | $ 129,326.68 |
|     PRM - Gathering | $ 960,825.24 | $ 960,825.24 |
|     PRM - Transport | $ 1,547,406.23 | $ 1,547,406.23 |
|     Fuel & Loss | $ - | $ - |
|   Total Cost of Transportation | $ 4,033,677.91 | $ 4,033,677.91 |
|   Gross Margin | $ 3,975,260.08 | $ 3,975,260.08 |
|  |  |  |
| Operating Expense |  |  |
|   Production Taxes | $ 457,924.96 | $ 457,924.96 |
|   Lease Operating Expense | $ 4,822,841.51 | $ 4,822,841.51 |
|   Ad Valorem Taxes | $ 242,670.82 | $ 242,670.82 |
|   Land Expense | $ 536,029.88 | $ 536,029.88 |
|   Depreciaiton, Depletion & Amortization |  | $ - |
|   Total Operating Expense | $ 6,059,467.18 | $ 6,059,467.18 |
| Other (Income) Expense |  |  |
|   Misc | $ 712.96 | $ 712.96 |
|   Total Other (Income) Expense | $ 712.96 | $ 712.96 |
| Reorganization Expenses |  |  |
|   Legal & Professional |  |  |
|   Other |  |  |
|   Total Reorganization Expense |  |  |
| Net Income | $ (2,084,920.05) | $ (2,084,920.05) |

DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC          CASE NO: 19-20699

## Form 2-E (Page 1 of 2)
### Supporting Schedules
For Period: 11/1/2019 to 11/30/2019

| Summary of Post-Petition Taxes | | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1=2-3) |
| **Federal** | | | | |
| Employee income tax withheld | | | | $   - |
| Employee FICA taxes withheld | | | | $   - |
| Employer FICA taxes | | | | $   - |
| Unemployment taxes | | | | $   - |
| Other | | | | $   - |
| **State** | | | | |
| Sales, use & excise taxes | | | | $   - |
| Unemployment taxes | | | | $   - |
| Other | | | | $   - |
| **Local** | | | | |
| Personal property taxes | | | | $   - |
| Real property taxes | | $ 242,670.82 | | $ 242,670.82 |
| Other - Production taxes | | $ 457,924.96 | | $ 457,924.96 |
| | | | | $ 700,595.79 |

| Insurance Coverage Summary | | | | |
|---|---|---|---|---|
| Type of insurance | Insurance carrier | Coverage amount | policy expiration date | Premium paid through date |
| Workers' compensation | NA | | | |
| General liability | Berkley National Insurance Company | $1M Occ/$2M Agg | 12/1/2020 | |
| Property (fire, theft, etc.) | Berkley National Insurance Company | $20M per Occ/$20M Agg | 12/2/2020 | |
| Vehicle | Berkley National Insurance Company | $1M Combined Single Limit | 12/1/2020 | |
| Other | | | | |
| Other | | | | |

DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC       CASE NO: 19-20699

Form 2-E (Page 2 of 2)

## Supporting Schedules

For Period: 11/1/2019 to 11/30/2019

| Accounts Receivable Aging Summary (see attached detailed aging report) | | | | | |
|---|---|---|---|---|---|
|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables |  | $ - | $ - | $ - | $ - |
| Post-petition receivables | $ 9,974,677.97 |  |  |  | $ 9,974,677.97 |
| Total | $ 9,974,677.97 | $ - | $ - | $ - | $ 9,974,677.97 |

| Accounts Payable Aging Summary (see attached detailed aging report) | | | | | |
|---|---|---|---|---|---|
|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition Payables |  |  |  |  | $ 218,084,748.05 |
| Post-petition Payables | $ 6,658,545.03 |  |  |  | $ 6,658,545.03 |
| Total | $ 6,658,545.03 | $ - | $ - | $ - | $ 6,658,545.03 |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESIONALS | | | | | |
|---|---|---|---|---|---|
|  | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due |
| Debtor's Counsel | $ 75,000.00 |  |  |  | $ 75,000.00 |
| Counsel for Unsecured Creditors' Committee |  |  |  |  | $ - |
| Trustees' Councel |  |  |  |  | $ - |
| Accountant |  |  |  |  | $ - |
| Other |  |  |  |  | $ - |
| Total | $ 75,000.00 | $ - | $ - | $ - | $ 75,000.00 |

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |
|  |  |  | $ - |

DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC                CASE NO: 19-20699

Form 2-F

## QUARTERLY FEES SUMMARY

For the Month Ended: 11/30/2019

| Month | Year | Cash Disbursements | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2019 | | | | |
| February | 2019 | | | | |
| March | 2019 | | | | |
| Total 1st Quarter | | | | | |
| | | | | | |
| April | 2019 | | | | |
| May | 2019 | | | | |
| June | 2019 | | | | |
| Total 2nd Quarter | | | | | |
| | | | | | |
| July | 2019 | | | | |
| August | 2019 | | | | |
| September | 2019 | | | | |
| Total 3rd Quarter | | | | | |
| | | | | | |
| October | 2019 | | | | |
| November | 2019 | $ 5,077,849.18 | $ 50,778.49 | | |
| December | 2019 | | | | |
| Total 4th Quarter | | $ 5,077,849.18 | $ 50,778.49 | | |

DEBTOR: US Realm Powder River, LLC f/k/a Moriah Powder River, LLC  CASE NO: 19-20699

## Form 2-G
### NARRATIVE
For the Month Ended: 11/30/2019

Please provide a brief description of any significant business and legal actiona taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.



P.O. Box 15284
Wilmington, DE 19850

MORIAH POWDER RIVER LLC
7900 EAST UNION
DENVER, CO  80237

**Customer service information**

- Customer service: 1.888.400.9009
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 831547
  Dallas, TX 75283-1547

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

## Your Full Analysis Business Checking

for November 1, 2019 to November 30, 2019

Account number: 4880 6154 6057

**MORIAH POWDER RIVER LLC**

### Account summary

| | |
|---|---:|
| Beginning balance on November 1, 2019 | $5,316.06 |
| Deposits and other credits | 7,250,962.75 |
| Withdrawals and other debits | -5,072,820.16 |
| Checks | -3,844.06 |
| Service fees | -1,184.96 |
| **Ending balance on November 30, 2019** | **$2,178,429.63** |

# of deposits/credits: 3
# of withdrawals/debits: 4
# of days in cycle: 30
Average ledger balance: $458,969.23

## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2019 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**BANK OF AMERICA** <span style="color:red">Your checking account</span>

MORIAH POWDER RIVER LLC  |  Account # 4880 6154 6057  |  November 1, 2019 to November 30, 2019

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/07/19 | Counter Credit | | 813004752709383 | 1,204.43 |
| 11/25/19 | WIRE TYPE:BOOK IN DATE:191125 TIME:1341 ET TRN:2019112500467010 SNDR REF:19BME5746P9E0Q77 ORIG:MIECO ID:1257354052 | | 903711250467010 | 7,192,327.54 |
| 11/29/19 | WIRE TYPE:WIRE IN DATE: 191129 TIME:0555 ET TRN:2019112900520588 SEQ:G0193333812001/446128 ORIG:THUNDER CREEK GAS SERVICE ID:009792210866 SND BK:CITIBANK, N.A. ID:0008 PMT DET:THUNDER CREE K GAS SERVICES, L LC | | 903711290520588 | 57,430.78 |
| **Total deposits and other credits** | | | | **$7,250,962.75** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 11/25/19 | ACCOUNT TRANSFER TRSF TO 488061546060 | 1939599046 | 906811250013268 | -4,642,820.16 |
| 11/27/19 | ACCOUNT TRANSFER TRSF TO 488038499881 | 1934556003 | 906811270020268 | -430,000.00 |
| **Total withdrawals and other debits** | | | | **-$5,072,820.16** |

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 11/07 | 38 | 813008692778229 | -3,844.06 |
| **Total checks** | | | **-$3,844.06** |
| Total # of checks | | | 1 |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 11/15/19 | 10/19 ACCT ANALYSIS FEE | -1,184.96 |
| **Total service fees** | | **-$1,184.96** |

Note your Ending Balance already reflects the subtraction of Service Fees.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 11/01 | 5,316.06 | 11/15 | 1,491.47 | 11/27 | 2,120,998.85 |
| 11/07 | 2,676.43 | 11/25 | 2,550,998.85 | 11/29 | 2,178,429.63 |

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**CLIENT ADVISORY:**

To help you to safeguard against the potential misuse of your account, your deposit account agreement sets forth a number of ways for you to protect against such misuse. In addition, Bank of America continues to recommend your use of certain products and services that are designed to detect and/or deter check fraud, including Positive Pay, Teller Positive Pay, and Payee Positive Pay, which it previously made, and continues to make, available to you. By signing the signature card for your account(s), you acknowledged that your failure to use such products and services could substantially increase the likelihood of fraud on your accounts. You agreed that your failure to implement any of these products or services, or your failure to follow precautions reasonable for your particular circumstances, would preclude you from asserting any claims against Bank of America, for paying any unauthorized, altered, counterfeit or other fraudulent item(s) that such products, service or precaution was designed to detect or deter, and Bank of America will not be required to re-credit your account or otherwise have any liability for paying such item(s). This statement applies to all of your accounts opened with Bank of America, now or in the future. Continued use of your account(s) indicates your continued agreement to be bound by the terms and conditions contained in your deposit account agreement, including this statement. Please consult your deposit account agreement for more information on the risk of loss due to check fraud. Should you wish to implement any of the products and services that the Bank has offered to you that you previously chose not to implement, please reach out to your Relationship Manager.

For more information about Positive Pay, please access the following URL: bofaml.com/positivepay.

MORIAH POWDER

This page intentionally left blank